## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.:** 1:18cv23162

CESAR PINEDA,
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

IBILEY UNIFORM, INC., a Florida
Corporation,

      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

CESAR PINEDA (the "**Plaintiff**") *individually*, and IBILEY UNIFORM, INC. (the "**Defendant**"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file their Joint Stipulation of Voluntary Dismissal with Prejudice of this action. Each party is to bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

Respectfully submitted on March 14, 2019.

| | |
|---|---|
| THE LAW OFFICES OF JIBRAEL S. HINDI<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, FL 33301<br>Telephone: 954.907.1136<br>Facsimile: 855.529.9540<br><br>/s/ Jibrael Hindi<br>Jibrael S. Hindi<br>Florida Bar Number 118259<br>jibrael@jibraellaw.com<br>*Counsel for Plaintiff* | HINSHAW & CULBERTSON LLP<br>2525 Ponce de Leon Blvd.<br>4th Floor<br>Coral Gables, FL 33134<br>Telephone: 305-358-7747<br>Facsimile: 305-577-1063<br>Secondary: dconnolly@hinshawlaw.com<br><br>/s/ Barbara Fernandez<br>Barbara Fernandez<br>Florida Bar No. 0493767<br>bfernandez@hinshawlaw.com<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Secondary: dconnolly@hinshawlaw.com

/s/ Barbara Fernandez
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
*Counsel for Defendant*
