UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-23162-CIV-MARTINEZ-OTAZO-REYES

CESAR PINEDA, individually and on behalf
of all others similarly situated,
    Plaintiff,

vs.

IBILEY UNIFORM, INC., a Florida
corporation,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 11]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear their own attorney's fees and costs except as otherwise agreed by the parties. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of March, 2019.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record